JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FONTANA 200 LLC; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | Case No: 5:26-cv-00376-CV (Ex)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [DOC. # 17]** |

On June 11, 2026, the Parties filed a Joint Stipulation for Dismissal with Prejudice (the "Stipulation"). Doc. # 17. The Court, having considered the Parties' Stipulation and good cause having been found hereby GRANTS the Stipulation and ORDERS as follows

Plaintiffs' Complaint is dismissed with prejudice in its entirety. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:    6/22/26

By: *Cynthia Valenzuela*
HON.  CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE